UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

vs.                                    Case No.:  3:22cv2311/MCR/ZCB

BRENDAN BROWN,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 7, 2022.  (Doc. 11).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED with prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 4th day of January 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**